# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **Kerry K. Rikard,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) **Case No. 08-3304-CV-S-JTM** |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

Pending before the Court is plaintiff's *Application For Attorney Fees Under the Equal Access To Justice Act*, filed April 28, 2010 [Doc. 23].  After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney Fees Under the Equal Access To Justice Act*, filed April 28, 2010 [Doc. 23] is **GRANTED**.  Accordingly plaintiff is awarded $5,392.00 in EAJA fees under 28 U.S.C. §2412 to be paid directly to plaintiff's counsel, Dan Parmele.


  */s/ John T. Maughmer*
 **JOHN T. MAUGHMER**
 **U. S. MAGISTRATE JUDGE**